# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 17-320-8 |
| EVIZAEL BARBOSA-DELGADO | |

## ORDER

**AND NOW**, this 27th day of July 2022, after consideration of Defendant Evizael Barbosa-Delgado's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, (ECF 388) and the Government's Response (ECF 404), and consistent with the accompanying memorandum of law, it is **ORDERED** that Barbosa-Delgado's Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.